COM.

v.

RUSH, J.

**1808 WDA 2015**

Superior Court of Pennsylvania.

09/25/2017

CP–02–CR–0003932–2012 (Allegheny)

Vacated/Remanded

COM.

v.

YOUNG, W.

**1093 WDA 2016**

Superior Court of Pennsylvania.

09/25/2017

CP–05–CR–0000347–2014 (Bedford)

Affirmed—Application to Withdraw as Counsel Granted

PHILLIPS, C.

v.

STONE, G.

**1481 WDA 2016**

Superior Court of Pennsylvania.

9/25/2017

168 of 2014 (Westmoreland)

Affirmed/Vacated/Remanded

COM.

v.

ALLSHOUSE, S.

**1899 WDA 2016**

Superior Court of Pennsylvania.

09/25/2017

CP–33–CR–0000258–2016 (Jefferson)

Affirmed